UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Jaciel Rocha
                Plaintiff,

v.                                       Case No.: 1:20−cv−01902
                                               Honorable Steven C. Seeger

Steve Chiodo, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 12, 2021:

        MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's amended unopposed motion for final approval of class action settlement (Dckt. No. [73]) is hereby granted in part. The Court awards attorney's fees of $69,500 (i.e., an amount equal to the fees incurred according to their hourly rate), not $99,382. Based on the Court's review of the case as a whole, the Court deems the lower amount to be appropriate. The difference ($29,882) will be allocated to the Reserve Fund. The Court declines to enter an injunction to bar the class members from bringing their own claims. (If they do so, Defendants could assert res judicata. But this Court elects not to be on standby to enforce the terms of the settlement in the unlikely event that an unnamed class member asserts a released claim.) Order to follow. Plaintiff's unopposed motion for final approval of class action settlement (Dckt. No. [71]) is hereby denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.